UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HOLGER LEMA-YAUCAN,

                          Petitioner,                **ORDER**

        -against-                    23 Civ. 3860 (NSR) (AEK)

SUPERINTENDENT PHILIP MELECIO,

                          Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Petitioner has filed a letter dated May 16, 2026, requesting the appointment of *pro bono* counsel.  *See* ECF No. 30.  Because Petitioner (1) has not been granted permission to proceed *in forma pauperis* in this habeas proceeding, and (2) has not made any showing that he meets the applicable standard for the appointment of *pro bono* counsel set forth in *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), his request is DENIED WITHOUT PREJUDICE to renew upon a showing that he satisfies both of those requirements.

Petitioner is reminded that the current briefing schedule in this matter is as follows: Respondent's time to serve and file (1) an answer, motion, or other response to the Petition, and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, is **June 15, 2026**; and Petitioner's time to serve and file his reply papers, if any, is **July 15, 2026**.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se*

Petitioner at his address of record on the docket.

Dated:  June 10, 2026
            White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge